# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TURON MCGEE, | CIVIL ACTION |
| --- | --- |
| Plaintiff, | |
| v. | |
| GREGORY THOMAS, et al., | NO. 16-5501 |
| Defendants. | |

## O R D E R

**AND NOW**, this 11th day of June, 2019, upon consideration of Defendants' Motions to Dismiss the Fourth Amended Complaint and briefing in support thereof (ECF Nos. 121, 122, 130) and Plaintiff's Responses in Opposition thereto (ECF Nos. 128, 131), **IT IS ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART**. The Motions are **GRANTED** with respect to Counts One, Two, and Four, and those claims are **DISMISSED WITH PREJUDICE**. The Motions are **DENIED** with respect to Count Three.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**